IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUL 3 0 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:   3:13-CR-026-M (09) |
| | ) | |
| DANIELL NAVAREZ, JR., | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

DANIELL NAVAREZ, JR.,, by consent, under authority of United States v. Dees, 125 F.3d
261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea
of guilty to Count(s) 1 of the Indictment. After cautioning and examining DANIELL NAVAREZ,
JR., under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty
plea was knowledgeable and voluntary and that the offense(s) charged is supported by an
independent basis in fact containing each of the essential elements of such offense. I therefore
recommend that the plea of guilty, and the plea agreement, be accepted, and that DANIELL
NAVAREZ, JR., be adjudged guilty and have sentence imposed accordingly.

Date:   July 30, 2013

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).